FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN -5

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN TYRONE MILLER, | No. CV 04-3389-GW (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN M.C. KRAMER, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 5, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE